# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LINZY BELLON,
                    Appellant,
       vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80657

FILED

MAR 2 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a motion to modify sentence and an order denying a motion for rehearing. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's review of this appeal reveals jurisdictional defects. First, no order denying a motion to modify sentence was entered on February 4, 2020. To the extent that appellant appeals from the order denying a motion to modify sentence entered on December 23, 2019, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Second, no statute or court rule provides for an appeal from an order denying a motion for rehearing or denying a "motion for judgment on the pleadings filed 12/27/19 or in the alternative, construe said action as

SUPREME COURT
OF
NEVADA

(O) 1947A

20-11669

a motion for 60(B)(3) relief pursuant based on mistake of birthday." *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990).  Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                            Silver

cc:   Hon. Joseph Hardy, Jr., District Judge
      Robert Linzy Bellon
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk